IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 94-WM-2581

In re:

Integra Realty Resources, Inc.,
and
Integra – A Hotel & Restaurant Company
Tax I.D. No. 48-0764252
and
BHC of Denver, Inc.,
Tax I.D. No. 74-27914828

Debtors.

Jeffrey A. Weinman, as Trustee
for the Integra Unsecured Creditors' Trust.

Plaintiff,

v.

Fidelity Capital Appreciation Fund, *et al.*,

Adversary Proceeding No. 94-1370-PA
Chapter 11
Case No. 92-18853-DEC

Case No. 92-18854-PAC

Case No. 92-18855-CEM

Jointly Administered under
Case No. 92-18853-DEC

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MC 07-056 ML

ASSIGNMENT OF FINAL JUDGMENT NO. 23

Known all men by these presents that Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust (the "Assignor"), holder of a certain judgment identified particularly by Final Judgment No., 23 entered on October 13, 1999 (the "Judgment"), registered in the United States District Court of Massachusetts on September 2, 2004, identified specifically by case number 2004MC10236 and revived by Order of the United States District Court of Colorado on March 22, 2007 as set out specifically in the Revived Final Judgment No., 23 docketed on May 24, 2007 (the "Revival"), for good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, without recourse, grant, bargain, sell, transfer and otherwise assign over unto:

**Title 11 Holdings, LLC**
**8245 Tournament Drive; Suite 230**
**Memphis, TN 38125**
**(901)748-2900**

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 27 day of June 2007
GREGORY C. LANGHAM
By [signature] Deputy

(the "Assignee"), all right, title and interest in and to recover as judgment from each Defendant the sum to become due thereon with interest, and all rights accrued or to accrue under said judgment below and attached hereto, individually. Copies of the Judgment and Revival are attached hereto and incorporated herein by reference.

In witness whereof, said Assignor has signed these presents this 5th day of June, 2007.

Jeffrey A. Weinman, Trustee
Integra Unsecured Creditors' Trust
c/o Lindquist & Vennum P.L.L.P.
600 17th Street, Suite 1800 South
Denver, CO 80202-5441

By: [signature]

State of Colorado )
County of Denver )

In Colorado in Said County on the 5th day of June, in the year 2007, before me, the undersigned, a notary public in and for said state, appeared Jeffrey A. Weinman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Lisa Barenberg
Notary Public
Print Name: Lisa Barenberg
My Commission Expires: June 8, 2009

LISA BARENBERG NOTARY PUBLIC STATE OF COLORADO