FILED
FEB 06 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DC 110
Rev. 7/82

# WRIT OF EXECUTION

1:07mc00056-ML-DLM

| United States District Court | DISTRICT<br>RHODE ISLAND |
|---|---|

TO THE MARSHAL OF:
DISTRICT OF RHODE ISLAND

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Linda E. Stewart
aka Linda E. Wood
226 Rolling Hill Road
Portsmouth, Rhode Island 02871

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $3,500.00 | and | Interest of 5.285% annum from October 12, 1999 |

in the United States District Court for the N/A District of RHODE ISLAND, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
Linda E. Stewart, aka Linda E. Wood, 226 Rolling Hill Road, Portsmouth, Rhode Island 02871,
in the Case of: Title 11 Holdings, LLC, Assignee of Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust v. Fidelity Capital Appreciation Fund, et al.,
Case No. 1:07mc00056-ML-DLM

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court - District of Rhode Island | RHODE ISLAND |
| CITY: Providence | DATE: May 6, 2008 |

Witness the Honorable Chief U.S. District Judge Mary M. Lisi
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| February 6, 2008 | David A. DiMarzio |
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |