**AFFIDAVIT**

Before me, the undersigned authority, personally appeared DAVID M. WIERNUSZ, who being first duly sworn and then made known to me, did depose and state as follows:

My name is DAVID M. WIERNUSZ, and I am employed by Title 11 Holdings, LLC ("Title 11"), which has its principal place of business at 2625 Wigwam, Suite 104, Henderson, Nevada 89014. I am an officer of the limited liability company duly authorized to make this affidavit. I am the custodian of the business file and all records contained or maintained in the file between Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust ("Integra") and Linda E. Stewart, a/k/a Linda E. Wood ("Stewart"); and I have referred to those documents in making this affidavit. From my own personal knowledge and from reviewing the records in the file, I can state as follows:

1. On October 12, 1999 a Judgment entered in favor of Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust against Defendant, Stewart in the United States District Court for the District of Colorado, entitled Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust vs. Fidelity Capital Appreciation Fund, et al, Case No. 94-wm-2581, specifically as Final Judgment No. 23, which Final Judgment was registered in the United States District Court for the District of Rhode Island on July 2, 2007, Case No. 1:07mc00056-ML-DLM ("Judgment").

2. On an effective date of April 2, 2007, Integra transferred and assigned all of its right, title and interest in the Judgment to Title 11.

3. The last known address of Stewart is 226 Rolling Hill Road, Portsmouth, Rhode Island 02871.

4. The current address of Title 11 is 2625 Wigwam, Suite 104, Henderson, Nevada 89014.

5. As of the date of this sworn affidavit, Stewart's current balance owing under the Judgment is $5,370.14 with a per diem of $0.78.

6. The calculation of said balance owing is based upon the Judgment amount of $3,500.00 multiplied by the Judgment interest rate of 5.285% annum from October 12, 1999, compounded annually upon the anniversary date of the Judgment.

7. On August 21, 2007, Title 11 provided a written demand to Stewart which provided (1) an in-depth explanation of the Judgment (2) the travel of the Judgment from the United States District Court for the District of Colorado to the United States District Court for the District of Rhode Island (3) the assignment of the Judgment from the original Judgment creditor, Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, to Title 11 and (4) the current Judgment balance as of the date of the demand.

8. As of the date of this sworn affidavit, Stewart has failed to make arrangements for the satisfaction of the Judgment balance, and therefore, the Judgment balance is unpaid and owing.

9. On July 20, 2007, Title 11 recorded a certified Abstract of Judgment with the Town Clerk of the Town of Portsmouth, Rhode Island, identified by Instrument No. 00073004; Book 1278, Page 193, to effectuate a judgment lien on any and all real property held by Stewart, specifically, 226 Rolling Hill Road, Portsmouth, Rhode Island 02871.

All of the above related statements are true and correct to the best of my knowledge, this the 1st day of February, 2008.

DAVID M. WIERNUSZ, Affiant
Officer of Title 11 Holdings, LLC

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence in said County on the 1st day of February in the year 2008, before me personally appeared David M. Wiernusz, an officer of Title 11 Holdings, LLC, to me known and known by me to be the person executing the foregoing instrument on behalf of Title 11 Holdings, LLC and he acknowledged said instrument by him executed to be his free act and deed in said capacity and the free act and deed of said Title 11 Holdings, LLC.

Notary Public

CHRISTINE J. CALABRO
Notary Public of Rhode Island
My Commission Expires 04/08/09