USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Title 11 Holdings, LLC, as Assignee of Jeffrey A. Weinman, Trustee | COURT CASE NUMBER<br>1:07mc00056-ML-DLM |
| DEFENDANT<br>Linda E. Stewart, a/k/a Linda E. Wood | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Linda E. Stewart, a/k/a Linda E. Wood
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
226 Rolling Hill Road, Portsmouth, Rhode Island 02871

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Title 11 Holdings, LLC
76 Dorrance Street, Suite 200
Providence, Rhode Island 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (***Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Fold

Tel No. 401-293-0136
Judgment Lien in place against residence located at 226 Rolling Hill Road, Portsmouth, Rhode Island 02871
An Abstract of Judgment was recorded with the Town Clerk for the Town of Portsmouth, Rhode Island, on July 20, 2007, identified by Instrument No. 00073004; Book 1278, Page 193.

| Signature of Attorney other Originator requesting service ~~on behalf of~~: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| DAVID M. WIERNUSZ | [X] PLAINTIFF<br>[ ] DEFENDANT | 401-453-6875 | 1/29/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | [signature] | 2.22.08 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address *(complete only different than shown above)* | Date / Time [ ] am [ ] pm |
| | Signature of U.S. Marshal or Deputy<br>C.A Moore |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 360.00 | 125.13 | | 485.13 | 100.00 | ~~$0.00~~ 385.13 |

REMARKS: 2/29/08 COULDN'T FIND ADDRESS - 68 MILES (1 DEP) (2 HRS) C MOORE (1430 HRS)
3/4/08 NO ONE HOME 0836 HRS (60 MILES) 1 DEP (2 HRS)
3/4/08 1831 HRS NO ONE HOME ~~[illegible]~~ (1 DEP) (2 HRS) (68 MILES)
NO ONE HOME 3/9/08 AT 1855 HRS C MOORE (1 DEP) 62 MILES (2 HRS) NEIGHBOR STATED SHE WILL RETURN END OF THE MONTH.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00