UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jeffrey A. Weinman, as Trustee for the
Integra Unsecured Creditors' Trust,
                Plaintiff,

CIVIL ACTION NO. 07-MISC-00056 ML

V.

Fidelity Capital Appreciation Fund, et al.,
                Defendants,

## PARTIAL SATISFACTION OF JUDGMENT

KNOWN ALL MEN BY THESE PRESENTS THAT Title 11 Holdings, LLC, as Assignee of Jeffrey A. Weinman, as Trustee for the Integra Unsecured Creditors' Trust, holder of a Judgment rendered in the United States District Court for the District of Colorado, Civil Action No. 1:94-CV-02581-WDM and registered in the United States District Court for the District of Rhode Island, Civil Action No. 07-MISC-00056, against the Defendants, Linda Stewart, et al., does hereby satisfy, release and discharge specifically Linda Stewart of said Judgment and hereby satisfy, release and discharge specifically Linda Stewart of a certain Judgment Lien recorded in the Official Public Records, with the Town Clerk of Portsmouth, Rhode Island, specifically Instrument No. 00073004 recorded in Book 1278, Page 193, on July 20, 2007.

IN WITNESS WHEREOF, David M. Wiernusz, as Officer of Title 11 Holdings, LLC, has signed these presents this 10th day of July in the year 2008.

Title 11 Holdings, LLC
2625 Wigwam, Suite 104
Henderson, Nevada 89014

By: _____
David M. Wiernusz
Officer

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Rhode Island, in said County, on the 10th day of July in the year 2008 before me personally appeared David M. Wiernusz, personally known to me, and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public
CHRISTINE A. CALABRO
Notary Public of Rhode Island
My Commission Expires: 04/08/09